AO 91 (Rev. 11/11) Criminal Complaint (modified by USAO for telephone or other reliable electronic means)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Larry Alfonso ROWE | ) | Case No. 2:25-mj-478 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 14, 2025 in the county of Franklin in the Southern District of Ohio, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(1) | Knowingly Possess a Firearm by a Convicted Felon |

This criminal complaint is based on these facts:

SEE ATTACHED

☑ Continued on the attached sheet.

EMANUEL WOODS (Affiliate)
Digitally signed by EMANUEL WOODS (Affiliate)
Date: 2025.08.19 15:35:56 -04'00'

*Complainant's signature*

E. Woods ATF TFO

*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 19, 2025

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus Ohio

**PROBABLE CAUSE AFFIDAVIT**
**Larry Alfonso ROWE**

I, Emanuel Woods, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2012. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2021. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Larry Alfonso ROWE (hereinafter referred to as ROWE) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that ROWE committed this offense.

4. On August 14th, 2025, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Crime Gun Intelligence Unit (CGIC) Task Force Officer (TFO) Emanuel Woods was contacted by Columbus Division of Police (CPD) Officers regarding the arrest of ROWE who was found to be in possession of a firearm.

5. On August 14, 2025, at approximately 11:49AM, Columbus Division of Police (CPD) Officers D. Feltner #3172 and M. Church #3249, were wearing the uniform of the day and driving marked CPD cruiser #R-71, as 7-Special.

6. Officers observed a gray 2021 Toyota Camry, bearing OH tag HVH9924, traveling southbound on Westerville Rd., just south of Morse Rd. Officers observed that the vehicle was traveling at a high rate of speed and that the front passenger's side window was tinted to the point of officers being unable to identify the occupants within the vehicle. Officers got behind the vehicle and the vehicle immediately turned westbound on Saville Row. The driver then pulled to the north side of the street, blocking a private driveway. Officers activated their overhead lights and audible siren to conduct a traffic stop in front of 2741 Saville Row.

7. Officer Church made contact with the driver and sole occupant, ROWE. Officer Feltner approached from the passenger's side. Officers had ROWE rolled down all the windows due to being unable to see inside the vehicle. Officer Feltner immediately observed the strong odor of burning marijuana and burnt marijuana on the center console of the vehicle.

**PROBABLE CAUSE AFFIDAVIT**
**Larry Alfonso ROWE**

8. As Officers were explaining the reason for the traffic stop, ROWE was visibly extremely nervous, erratically moving around in the vehicle and opening and slamming the glove compartment when asked for vehicle registration. Due to ROWE acting erratically and nervously, officers had ROWE step out of the vehicle to distance himself from the vehicle and complete the traffic stop.

9. Officer Church conducted a pat-down for weapons due to the ROWE's behavior, coupled with the presence of burning marijuana within the vehicle. Officers observed that ROWE had apparently urinated himself, further confirming ROWE's nervous behavior with officers.

10. Officers had ROWE step back to the cruiser and ROWE stated that his friend was smoking marijuana in the vehicle the previous day. As Officer Feltner moved toward the vehicle to conduct a search of the passenger compartment, ROWE began stepping backwards and making the statement, "you guys are searching my car?" This behavior caused officers to believe that ROWE may attempt to flee the scene or fight with officers. Officers then detained ROWE in handcuffs. ROWE, again, attempted to pull away from officers, but was successfully detained in handcuffs and placed in the rear of cruiser #R-71.

11. Officers Feltner and Church conducted a search of the vehicle. Officer Feltner observed and recovered a plastic bag filled with a raw green leafy substance from the center console. Officer Church observed a black leather sling bag on the front passenger floorboard. Within the bag Officer Church observed a black Glock 43X, 9mm, with serial number CDMA179. The firearm was loaded with nine (9) live 9mm rounds in the magazine. Within the black sling bag, Officer Church further observed a plastic baggie filled with unknown orange pills, multiple bottles of promethazine, and multiple Suboxone strips. Additionally, Officer Church observed a clear baby bottle filled with partially drank green substance, consistent with cough syrup.

12. Officer Church read ROWE his Constitutional Rights and ROWE agreed to answer questions. ROWE stated, "Everything in that car is mine."

13. ROWE is prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County Ohio Court of Common Pleas case 06 CR 007260 for Possession or Drugs, a Felony of the 3rd degree.

14. Your Affiant confirmed via ATF resources that the aforementioned firearm recovered from ROWE's vehicle on or about August 14, 2025, were not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio.

15. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

**PROBABLE CAUSE AFFIDAVIT**
**Larry Alfonso ROWE**

16. Based on this information, your affiant believes probable cause exists that ROWE, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a Glock 43x 9 milli-meter, and the firearm was in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

_____
EMANUEL WOODS (Affiliate)
Digitally signed by EMANUEL WOODS (Affiliate)
Date: 2025.08.19 15:36:31 -04'00'
ATF TFO Emanuel Woods

Sworn to and subscribed before me this day of ___August 19, 2025___, at _____ Columbus, Ohio.

_____
Kimberly A. Jolson
United States Magistrate Judge