**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:25-mj-478** |
| **Plaintiff,** | |
| **v.** | |
| **LARRY A. ROWE,** | **JUDGE** |
| **Defendant.** | |
| | **FILED UNDER SEAL** |

## MOTION TO SEAL

Now comes the United States, by and through its counsel, Assistant United States Attorney Elizabeth A. Geraghty, for the Southern District of Ohio, Eastern Division, and respectfully requests the Complaint and Arrest Warrant in the above-entitled cause be sealed because the United States is apprehensive that the defendant may flee the jurisdiction and/or evidence may be destroyed if he becomes aware of the existence of said Complaint/ Warrant.

WHEREFORE, the government respectfully requests that the Complaint and Arrest Warrant in this case be sealed until the defendant has been arrested.

Respectfully submitted,

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

*/s/ Elizabeth A. Geraghty*
ELIZABETH A. GERAGHTY (0072275)
Assistant United States Attorney
303 Marconi Blvd., Suite 200
Elizabeth.Geraghty@usdoj.gov

1